**Petition for Writ of Mandamus Denied in Part, Dismissed in Part, and Memorandum Opinion filed April 30, 2013.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-13-00345-CV**

---

**IN RE FELIX AUZ, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-37321**

---

## MEMORANDUM OPINION

On April 22, 2013, relator filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. This petition arises from an order signed April 2, 2103, by the Honorable Jeff Shadwick, presiding judge of the 55th District Court of Harris County, disbursing funds in the registry of the court to defendants' counsel. In the petition, relator asks this Court to order Chris Daniel, the Harris County District Clerk, not to release the funds to anyone other than himself and to disburse the funds to relator. Relator further asks this court to compel the Honorable Jeff Shadwick to vacate his order signed April 2, 2013, and to order disbursement of the funds to relator.

This court's mandamus jurisdiction is limited to (1) writs against a district court judge or county court judge in our district, and (2) all writs necessary to enforce our jurisdiction. Tex. Gov't Code § 22.221. Relator's request directed toward the district clerk is not necessary to enforce this court's jurisdiction. Accordingly, we have no jurisdiction over relator's request and the petition for writ of mandamus as to the district clerk is ordered dismissed. *See* Tex. Gov't Code § 22.221(b)(1).

Regarding relator's request to vacate the trial court's order, we hold relator has an adequate remedy by appeal.[1] The funds were place in the registry of the court as part of an agreed temporary injunction. The trial court's order dismissing the case with prejudice was a final judgment but made no award of the funds. We therefore hold that in this case the order releasing the funds is an appealable post-judgment order. *See Cook v. Stallcup,* 170 S.W.3d 916, 920 (Tex.App.-Dallas 2005, no pet.) (post-judgment orders enforcing the court's judgment itself are appealable orders); Tex. R. Civ. P. 308 (a trial court has authority to enter post judgment orders to enforce its judgment).

Accordingly, we deny relator's petition for writ of mandamus as to the presiding judge of the 55th District Court.

PER CURIAM

Panel consists of Justices Boyce, Jamison and Busby.

---

[1] Appellant's notice of appeal from the order signed April 2, 2013, is due on or before May 2, 2013. *See also* Tex. R. App. P. 10.5(b)(2).